PD-1558-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/1/2015 10:23:33 AM
Accepted 12/1/2015 4:12:23 PM
ABEL ACOSTA
CLERK

03-13-00726-CR

| STATE OF TEXAS | § | IN THE THIRD COURT |
| | § | |
| vs. | § | OF APPEALS |
| | § | |
| GARET JOHNSON | § | TRAVIS COUNTY, TEXAS |

## REQUEST FOR EXTENSION OF TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT:**

Now comes Garet Johnson, by and through Adam Reposa and files this request for an extension of time to file a Petition for Discretionary Review, and shows the following:

1) Appellant file a writ of habeas corpus and a hearing was conducted.

2) Appellant filed an appeal with the Third Courts of Appeals and the Motion for rehearing was denied on September 30th, 2015.

3) Appellants desire to file a Petition for Discovery Review, The deadline is today November 30th, 2015.

4) Counsel for Appellant needs additional time to complete the Petition and Counsel has not requested any prior extensions.

This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enter its order extending the filing date.

Respectfully submitted,
Adam T. King Blackwell Reposa
1106 San Antonio
Austin, Texas 78701
Tel: (512) 476-7376
Fax: (512) 478-1114

FILED IN
COURT OF CRIMINAL APPEALS

December 1, 2015

ABEL ACOSTA, CLERK

Adam T. King Blackwell Reposa
State Bar No. 24040163
Attorney for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served to the Travis County Attorney's Office via fax on this 30th day of November , 2015.

Adam T. King Blackwell Reposa
Attorney for Defendant